1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JST DISTRIBUTION, LLC, a Texas Limited Liability Company, | CASE NO. 17cv828-WQH-JLB |
| Plaintiff, | ORDER |
| v. | |
| A&D CRESCENT, an entity of unknown type; and, DOES 1 through 10, | |
| Defendants. | |

HAYES, Judge:

On August 14, 2017, the Court issued an Order which stated:

This Order constitutes notice to Plaintiff that the Court will dismiss this action against all defendants without prejudice on **September 14, 2017**, unless, no later than that date, Plaintiff files either (1) proof that service of the summons and complaint was timely effectuated or (2) a declaration under penalty of perjury showing good cause for failure to timely effect service upon Defendant accompanied a by a motion for leave to serve process outside of the 90-day period.

(ECF No. 3). The docket reflects that no response to the August 14, 2017 Order has been filed.

IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: September 25, 2017

**WILLIAM Q. HAYES**
United States District Judge